**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARIO LONG, | ) |
| | ) |
|    Movant, | ) |
| v. | )    No. 4:25-cv-00552-SEP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

**MEMORANDUM AND ORDER**

On April 21, 2025, Movant filed this action seeking to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  This action is duplicative of Movant's pending § 2255 federal habeas corpus case, *Long v. United States*, No. 4:25-cv-281-SEP (E.D. Mo. filed Mar. 5, 2025).

Accordingly,

**IT IS HEREBY ORDERED** that this duplicative Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is **administratively closed**.

Dated this 8th day of August, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE